UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-01292-RPM-CBS

MARGARET MESSMAN,

    Plaintiff,

v.

HOME DEPOT USA, INC., a foreign corporation,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

    Margaret Messman claims damages for injuries resulting from a fall in the parking lot of a Home Depot store where she was shopping. The defendant has asserted defenses of comparative negligence and assumption of risk. The plaintiff filed a motion for partial summary judgment, seeking a ruling that the Colorado premises liability statute, C.R.S. §13-21-115, precludes such defenses because it abrogates common law, relying on the opinion of the Colorado Supreme Court in *Vigil v. Franklin,* 103 P.3d 322 (Colo. 2004). There, the court held that the defense of an open and obvious condition could not be asserted. The plaintiff reads the opinion too broadly. Under the statute, "an invitee may recover for damages caused by the landowner's unreasonable failure to exercise reasonable care to protect against dangers of which he actually

knew or should have known." A failure to use reasonable care is negligence, and to recover, the plaintiff must prove that her injuries were caused by that failure. The plaintiff's own conduct must be considered in determining causation and under Colorado's comparative fault statute, the defendant is liable only for the injuries that are attributable to its fault - - its failure to use reasonable care. C.R.S. §13-21-111.5. The applicability of that statute to this case will be determined at trial. It is therefore

ORDERED that the plaintiff's motion for partial summary judgment is denied.

DATED: July   13th   , 2005

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge