IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01292-RPM-CBS

MARGARET MESSMAN,

    Plaintiff,

v.

HOME DEPOT USA, INC., a foreign corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant's Motion to Remove Attorney From CM/ECF Certificate of Service (filed September 12, 2005; *doc. no. 92*) is **GRANTED**.

    Attorney J. Aaron Atkinson is relieved of any further representation of Defendant in the above captioned matter. The clerk's office is instructed to remove Mr. Atkinson from the electronic mailing list.

**DATED:**    September 15, 2005