IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01292-RPM-CBS

MARGARET MESSMAN,

    Plaintiff,

v.

HOME DEPOT USA, INC., a foreign corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Motion to Compel Nomination and Deposition of Defendant's Representative Under Fed. R. Civ.P. § 30(b)(6) and Request for Sanctions Pursuant to Fed. R. Civ. P. § 37 is **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1A and this Court's individual practice rule regarding discovery disputes.

**DATED:**     November 22, 2005