IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01292-RPM-CBS

MARGARET MESSMAN,

     Plaintiff,

v.

HOME DEPOT USA, INC.,

     Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #122), filed on February 21, 2006, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED:   February 22, 2006

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge